# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

130540

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FEDERATED MUTUAL INSURANCE
COMPANY,
      Plaintiff-Appellant,

v

EMPIRE FIRE & MARINE
INSURANCE COMPANY,
      Defendant-Appellee.

SC: 130540
COA: 264553
Ingham CC: 04-000807-CK

_____/

On order of the Court, the application for leave to appeal the January 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

*Corbin R. Davis*
Clerk